

**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

ROBERT T. JOHNSON
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156

MEMO ENDORSED

February 5, 2008

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

2/6/07

FEB - 6 2008

Re:   Steven Robinson v. Payant,
      07 Civ. 9467 (HB)(DF)

Your Honor:

    I am assigned to respond to the above-referenced petition for a writ of habeas corpus. At present, my response must be filed by February 7, 2008. I respectfully request a one week extension until February 14, 2008 to file my response. I make this request due to my past and present workload. Last week, I filed a 120 page response to a 165 page appellant's main brief, and a 15 page pro se supplemental brief, filed in the Appellate Division, First Department (People v. Dion McIntosh). Today, February 5, 2008, I filed lengthy objections (15 pages single spaced) to a Report and Recommendation wherein the Magistrate conditionally granted a petition for a writ of habeas corpus (Richard Rosario v. Ercole). I am also in the process of preparing for two upcoming hearings, one dealing with a motion to vacate a judgment, and the other ordered in connection with another petition for a writ of habeas corpus (People v. Jason Lopez; Calvin Whitley v. Senkowski). These hearings will soon commence, and I have spent much time with various tasks such as digesting the state court records, conferencing the cases with other office personnel, interviewing (as well as preparing to interview) potential witnesses, and formulating strategies for direct and cross examination. Given the foregoing, I respectfully request an adjournment until February 14, 2008 to file my response. This is my second request for an adjournment. This Court granted my first request for an adjournment from January 7, 2008 until February 7, 2008.

    Thank you very much for your time and consideration in this matter. If there are any questions, please do not hesitate to contact me at 718-590-2322.

Respectfully,

Christopher J Blira-Koessler
Assistant District Attorney

cc:   Steven Robinson
      00-A-3013
      Mohawk Correctional Facility
      PO Box 8451
      6100 School Road
      Rome, New York 13440

*This second request for an extension is granted. Petitioner shall serve and file reply papers, if any, no later than March 17, 2008.*

SO ORDERED:   DATE: 2/6/08

Debra Freeman
**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE



# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156
Fax 590-6523

January 3, 2008

JAN - 3 2008

The Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Steven Robinson v. Payant,
07 Civ. 9467 (HB)(DF)

Your Honor:

    I am assigned to respond to the above-referenced petition for a writ of habeas corpus. At present, my response must be filed by January 7, 2008. However, for the following reasons, I will not be able to complete my response by that date. Since I was assigned this petition on November 28, 2007, I have filed a response to an application seeking leave to appeal to the New York State Court of Appeals (People v. Freddie Velasquez), and I have been working on a response to a 165 page appellant's main brief, and a 15 page pro se supplemental brief, filed in the Appellate Division, First Department (People v. Dion McIntosh). I am also in the process of writing objections to a Report and Recommendation wherein the Magistrate conditionally granted a petition for a writ of habeas corpus (Richard Rosario v. Ercole). I must also prepare for two upcoming hearings, one dealing with a motion to vacate a judgment, and the other ordered in connection with another petition for a writ of habeas corpus (People v. Jason Lopez; Calvin Whitley v. Senkowski). Given the foregoing, I respectfully request an adjournment until February 7, 2008 to file my response. This is my first request for an adjournment.

    Thank you very much for your time and consideration in this matter. If there are any questions, please do not hesitate to contact me at 718-590-2322.

Respectfully,

Christopher J Blira-Koessler
Assistant District Attorney

cc: Steven Robinson
00-A-3013
Mohawk Correctional Facility
PO Box 8451
6100 School Road
Rome, New York 13440

*The within request is granted. Petitioner shall serve + file reply papers, if any, no later than March 10, 2008.*

SO ORDERED: DATE: 1/4/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE